

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:                    Opinion No. O-1466
                             Re: May the Department of Public Safety continue
                                 work described under Article 4413
                                 that requires attendance at conventions.

We received your letter of September 15, 1939, request-
ing our opinion as to whether or not it would be permissible
for the Department of Public Safety employees to continue to
attend conventions in connection with promoting or carrying out
the work set out in Article 4413 (15) Sections 3 and 4; Article
4413 (17) Section 4 and Article 4413 (19) in view of Section C
in the general rider to the General Appropriation Bill providing:

"No moneys herein appropriated shall ever be
spent to pay the traveling expenses of any State
employee to any type of convention within this State
or without this State."

A "convention" is an organized body of delegates or
representatives assembled for some specified purpose. State v.
Johnson, 46 Pac. 533; State ex rel Stofford v. Gifford, 126
Pac. 1064.

Since no broader prohibition could have been made by
the Legislature than the phrase "any type of convention within
this State or without this State," it is apparent that an
employee of the Department of Public Safety cannot be reimbursed
for traveling expenses out of State funds when attending a
convention.

In our Opinion No. O-1272, dated September 7, 1939,
directed to the Honorable Roy Loventhal, Chairman, Livestock
Sanitary Commission, we ruled that it would not be permissible
for members of that Department to be reimbursed out of the
traveling expenses appropriated to the Livestock Sanitary
Commission when attending meetings called by the Chairman in

towns or cities in Texas at a point where a committee or conference of representative Stockmen meet in called, regular or annual session, if the prime purpose of calling such meeting at such point and time be to enable the members and employees of the Department to attend such convention or meeting of representative stockmen at State expense.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                    (Signed)
              Cecil C. Cammack
                    Assistant

CCC:RS

APPROVED OCT 7, 1939

Robert E. Kepke (signed)

ACTING ATTORNEY GENERAL OF TEXAS

(STAMPED) Approved
          Opinion Committee
          By: BWB, Chairman